AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

| LODGED<br>CLERK, U.S. DISTRICT COURT<br>6/6/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: \_\_\_MMC\_\_\_ DEPUTY | # UNITED STATES DISTRICT COURT<br>for the<br>Central District of California | FILED<br>CLERK, U.S. DISTRICT COURT<br>6/06/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: \_\_\_CGM\_\_\_ DEPUTY |

United States of America

v.

Shengyang Li,

Defendant

Case No.  2:25-MJ-03478-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 6, 2025 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 506(a)(3) | Possession of a False Seal of an Agency of the United States with Fraudulent Intent |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Henry D. Blackwell
*Complainant's signature*

Henry D. Blackwell, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  6/06/2025

*Judge's signature*

City and state:  Los Angeles, California     Hon. A. Joel Richlin, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Henry D. Blackwell, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against SHENGYANG LI ("LI") for a violation of Title 18, United States Code, Section 506(a)(3) (Possession of a False Seal of an Agency of the United States with Fraudulent Intent).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint, arrest warrant, and search warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent with HSI and have been so employed since April 2017. I am currently assigned to a task force, under the Transnational Criminal Organizations Division, called "Strike Force," located in Los Angeles, California. The Strike Force is responsible for investigating drug trafficking violations, money laundering crimes, and other violations of federal law, some of which involve fraud, identity theft, and public corruption. Prior to being assigned to the Strike Force,

I was assigned to the HSI Office of the Assistant Special Agent-in-Charge in El Segundo, California, as part of the Los Angeles International Airport Border Enforcement Security Task Force, which is responsible for investigating criminal violations that occur at the Los Angeles International Airport and violations involving international mail.  Before my current employment with HSI, I served as a United States Customs and Border Protection Officer ("CBP Officer") from November 2014 until April 2017 at LAX.  Prior to becoming a CBP Officer, I worked for the United States Border Patrol from August 2013 to November 2014.  I graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in December of 2017.  I also completed the CBP Officer Academy in April 2015, as well as the Border Patrol Academy in February 2014; both are located at the Federal Law Enforcement Training Center.

### III. PROBABLE CAUSE

4.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

a.   On March 10, 2025, Los Angeles County Sherriff's Department ("LASD") deputies responded to a call for service for a car blocking the roadway in South El Monte.  After the deputies located the car, they found LI asleep in the driver's seat.

b.   During a subsequent search of the car, deputies found suspected cocaine and a fake HSI Task Force Officer's badge inside.

2

   c. The deputies then arrested LI for possession of a controlled substance and impersonating an officer.

   d. Following that arrest, I conducted a Mirandized interview of LI where he admitted that he and a co-conspirator have been posing as federal agents and have stolen thousands of dollars from victims.

  5. On March 11, 2025, LI was charged by criminal complaint for violating 18 U.S.C. § 506(a)(3) (Possession of a False Seal of an Agency of the United States with Fraudulent Intent).  (<u>See</u> Case No. 2:25-MJ-01376-DUTY.)

  6. On or about March 14, 2025, LI appeared on the complaint and was detained.

  7. On April 2, 2025, LI was charged by way of information for falsely impersonating a federal officer in violation of Title 18, United States Code, Section 912.  (<u>See</u> Case No CR 25-231-JAK.)  An executed plea agreement was also filed on April 2, 2025.

  8. On April 7, 2025, LI was released on bond with conditions of release, including not to use or possess illegal drugs and not to possess any law enforcement paraphernalia, including badges.  (CR 28.)

  9. On the morning of June 5, 2025, LI pleaded guilty to the information before the district court and was allowed to remain on bond pending sentencing.

  10. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

a. Later, on June 5, 2025, at approximately 2:00 p.m., Alhambra Police Officer Rodriguez was working uniformed patrol in the area of New Ave. and Saxon Ave in a marked black and white police vehicle in the City of Alhambra.

b. Officer Rodriguez observed a dark colored Expedition with license plate number 9SLE700 traveling North bound on New Ave. Office Rodriguez then saw the vehicle conduct an illegal U-turn almost causing a traffic collision with oncoming vehicles, a violation of California Vehicle Code Section 22100.5.

c. Officer Rodriguez conducted an enforcement stop of the vehicle at New Ave and Saxon Ave.

d. Officer Rodriguez approached the vehicle and contacted the driver, who was later identified as LI. Officer Rodriguez asked LI for his driver's license. LI stated that he did not have a driver's license.

e. Because LI did not have a license, Officer Rodriguez escorted LI out of the vehicle onto a nearby sidewalk to attempt to identify him. Officer Rodriguez then asked LI for permission to search his vehicle to which LI said "yes."

f. Alhambra Police Officer Covarrubias helped with the search of the vehicle and located what looked like a meth pipe in the center console.

g. LI was then handcuffed and placed in Officer Rodriguez's patrol unit.

h. During a search of the vehicle, Officer Rodriguez observed a large water pipe with a white crystal-like substance

4

that appeared to be cocaine, a violation of California Health and Safety Code Section 11364(a)HS.

    i.    Officer Covarrubias also located a green cigarette box in the center console that contained several plastic clear bags with appeared to have a white crystal-like substance resembling cocaine, a violation of California Health and Safety Code Section 11350(a).

    j.    Officer Rodriguez also located a black pellet gun (Sig Sauer P365) inside a dark colored holster located in the rear passenger floorboard.



//
//
//
//
//
//

k. Officer Rodriguez also located a Homeland Security Investigations Special Agent Badge (#9357) in the center console.



l. Officer Rodriguez then approached LI who was in the rear of the patrol vehicle and read him his Miranda rights. LI told Officer Rodriguez that the white powdery substance was his and he admitted to being on Federal Probation for impersonating a Police Officer.

m. LI admitted that he would wear the badge and the gun at his house but never in public. LI stated he purchased the badge through an online website. LI also admitted that he would tell his girlfriend and his friends that he was a police Officer.

n. Officer Rodriguez noted that the vehicle appeared to be a decommissioned Police vehicle. The vehicle had spotlights on the driver and passenger side. Inside the vehicle, it had a remote control to what appeared to control lights and sirens, which are commonly found in police vehicles.

      o.   LI also had a bag of what appeared to be cocaine in his pocket. LI was then transported to the jail. Shortly thereafter, HSI agents took LI into federal custody.

### IV. CONCLUSION

11. For all of the reasons described above, there is probable cause to believe that LI has committed a violation of Title 18, United States Code, § 506(a)(3)(Possession of a False Seal of an Agency of the United States with Fraudulent Intent).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone this 6th day of June,
2025.

_____
HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE